UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Bennie R. Thompson,

    Plaintiff,                                     Case No. 06-10212

v.                                                    Hon. Nancy G. Edmunds

Jo Anne B. Barnhart,
Commissioner of Social Security,

    Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Plaintiff's motion for summary judgment is DENIED, Defendant's motion for summary judgment is hereby GRANTED, and the case is hereby DISMISSED.

       SO ORDERED.

                                                   s/Nancy G. Edmunds
                                                   Nancy G. Edmunds
                                                   United States District Judge

Dated:  July 18, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 18, 2006, by electronic and/or ordinary mail.

                                                   s/Carol A. Hemeyer
                                                   Case Manager